**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. NEWTON,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>BANK OF AMERICA, NA,<br><br>　　　　Defendant(s). | Case No.   CV-14-5080-R<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

　　Plaintiff was ordered to show cause in writing by not later than **January 20, 2016** why this action should not be dismissed for lack of prosecution;

　　WHEREAS, this period has elapsed without any action by plaintiff.

　　The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: January 21, 2016

　　　　　　　　　　　　　　　　　　　　　　HONORABLE MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE